1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ROBERT A. KNIEF
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada  89101
5  702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       **Plaintiff,**<br><br>    vs.<br><br>**JOSE GARCIA-BARRERA, aka<br>JESUS RUIZ-GAMBOA,**<br><br>**MANUEL GURROLA-MIRANDA,**<br><br>**ARTURO GARCIA-GAMBOA,**<br><br>**MIGUEL ANGEL ALVARADO,**<br><br>**JESUS HECTOR GUZMAN-RAMOS, and**<br><br>**JOSE BLAS GARCIA-ANGULO,**<br><br>       **Defendants.** | **Magistrate No.:**  2:14-mj-253-CWH<br><br>**CRIMINAL COMPLAINT**<br><br>VIOLATIONS:<br>**Count One**<br>21 U.S.C. § 841(a)(1), (b)(1)(A), and<br>21 U.S.C. § 846 -<br>Conspiracy to Distribute Controlled Substance<br><br>**Count Two**<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) -<br>Distribution of a Controlled Substance<br><br>**Count Three**<br>21 U.S.C. § 841(a)(1) and (b)(1)(A)  -<br>Possession with Intent to Distribute Controlled<br>Substance |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned

complainant, being first duly sworn, deposes and says:

. . .

. . .

. . .

1

**COUNT ONE**
(Conspiracy to Distribute Controlled Substance)

On a date unknown but prior to February 11, 2014, and continuing thereafter until April 1, 2014, in the State and Federal District of Nevada and elsewhere,

**JOSE GARCIA-BARRERA, aka
JESUS RUIZ-GAMBOA,
MANUEL GURROLA-MIRANDA,
ARTURO GARCIA-GAMBOA,
MIGUEL ANGEL ALVARADO,
JESUS HECTOR GUZMAN-RAMOS, and
JOSE BLAS GARCIA-ANGULO,**

defendants herein, and others, both known and unknown to the grand jury, did knowingly and intentionally combine, conspire, and agree to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule III controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
(Distribution of a Controlled Substance)

On or about February 13, 2014, in the State and Federal District of Nevada,

**JOSE GARCIA-BARRERA AND
JOSE BLAS GARCIA-ANGULO,**

defendants herein, did knowingly distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT THREE**
(Possession with Intent to Distribute a Controlled Substance)

On or about April 1, 2014, in the State and Federal District of Nevada,

**JOSE GARCIA-BARRERA,
ARTURO GARCIA-GAMBOA,
MIGUEL ANGEL ALVARADO, AND
JESUS HECTOR GUZMAN-RAMOS,**

1  defendants herein, did knowingly possess with the intent to distribute 500 grams or more of a

2  mixture and a substance containing a detectable amount methamphetamine, a Schedule II controlled

3  substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

4       Complainant, as a Special Agent with the Drug Enforcement Administration, states the

5  following as and for probable cause:

6  1.       I am a Special Agent with the United States Drug Enforcement Administration (DEA) and

7  have been so employed for approximately twenty-four years. I am currently assigned to the Clark

8  County Gang Task Force of the DEA Las Vegas District Office. This task force is currently

9  comprised of narcotics investigators from the DEA and the Las Vegas Metropolitan Police

10 Department (LVMPD). The Clark County Gang Task Force was designed to target individuals and

11 groups involved in the manufacture and distribution of illegal narcotics in Clark County, Nevada.

12 Prior to being employed by the DEA, I was employed for approximately one and one-half years as a

13 Special Agent with the United States Customs Service. As a U.S. Customs Service Special Agent, I

14 was cross-designated to make federal arrests of individuals in violation of Title 21 of the United

15 States Code. For more than twenty-five years, I have had the authority to make federal drug arrests.

16 2.       As a Special Agent of the DEA, I have participated in hundreds of narcotics investigations

17 involving various types of controlled substances. I have received substantive advanced training

18 pertaining to the investigation of various crimes which arise from narcotics trafficking, including

19 money laundering, the use of interstate transportation in the furtherance of narcotics trafficking, the

20 use of the United States Postal Service facilities in furtherance of narcotics trafficking, and the use

21 of telecommunications facilities in the furtherance of narcotics trafficking. I have participated in

22 investigations involving the purchase of controlled substances from suspected narcotics traffickers

23 using both undercover narcotics investigators and confidential sources. I have participated in the

24 drafting and execution of search warrants for narcotics, the proceeds from the sale of narcotics,

3

1  documentary evidence of narcotics trafficking, and for the telecommunications devices used by

2  narcotics traffickers.  I have conducted surveillances in connection with narcotics investigations.

3  3.       Through the course of these investigations, I have personally interviewed confidential

4  sources and other persons involved in the distribution of illegal narcotics.  I have also interviewed

5  persons arrested for the distribution of illegal narcotics.  I have spoken with more experienced

6  narcotics investigators with whom I have worked concerning the practices of narcotics traffickers

7  and the best investigative methods to use when conducting investigations of narcotics trafficking

8  organizations.  Through the course of my investigations and through my conversations with more

9  experienced narcotics investigators, I have become familiar with the methods and means utilized by

10  persons who participate in the illegal distribution of controlled substances.

11  4.       The following is based on my own investigation or was provided to me by other law

12  enforcement officers.

13  5.       I have not included every fact known to me concerning this offense.  I have set forth only

14  the facts that I believe are essential to establish the necessary foundation for this complaint.

15  6.       On October 23, 2013, DEA Task Force Officer (TFO) Ron Freerksen and I debriefed a DEA

16  confidential source (hereafter referred to as CS) concerning a methamphetamine trafficker known to

17  the confidential source as "Manuel."  According to the CS, "Manuel" told him/her that "Manuel"

18  had an associate who lived in Kingman, Arizona who distributes multi-pound quantities of

19  methamphetamine and who would sell methamphetamine to the CS's purported narcotics

20  purchasers. "Manuel" has been identified as Manuel GURROLA-MIRANDA.

21  7.       According to the CS, GURROLA-MIRANDA drove a green 1999 Honda Passport with

22  Arizona license plates AVH6578 and lived near East Lake Mead Boulevard and Nellis Boulevard in

23  Las Vegas, Nevada.

24  . . .

8.      This confidential source has previously provided law enforcement with information which was later corroborated through independent investigation.  This CS is considered reliable.

9.      On December 11, 2013, TFO Anton Gross and I directed and observed the CS speak telephonically with GURROLA-MIRANDA.  During this conversation, the CS made arrangements with GURROLA-MIRANDA to meet with CS and his/her buyer (undercover TFO Gross) at the Starbucks Coffee Shop located at 591 North Eastern Avenue, Las Vegas, Nevada to discuss future narcotics transactions.

10.     On December 11, 2013, investigators formulated plans at the DEA Las Vegas District Office to conduct an undercover meeting for TFO Gross to negotiate with GURROLA-MIRANDA for a future one pound methamphetamine purchase.

11.     At approximately 2:13 p.m., investigators of the Clark County Gang Task Force established surveillance in the vicinity of the Starbucks Coffee Shop located at 591 North Eastern Avenue, Las Vegas, Las Vegas, Nevada.

12.     At approximately 2:30 p.m., investigators observed undercover TFO Gross and the CS arrive in an undercover vehicle in the above-located Starbucks parking lot.  Undercover TFO Gross was equipped with a digital transmitting and recording device, which was monitored by investigators assigned to the Clark County Gang Task Force.  Approximately three minutes later, investigators observed TFO Gross and CS enter the Starbucks Coffee Shop.

13.     At approximately 2:50 p.m., investigators observed a green 1999 Honda Passport with Arizona license plates AVH6578 arrive in the vicinity.  Approximately five minutes later, investigators observed GURROLA-MIRANDA exit the Honda Passport and walk over to and enter the above-located Starbucks Coffee Shop.

14.     At approximately 2:58 p.m., investigators observed GURROLA-MIRANDA meet and converse with undercover TFO Gross and CS inside the Starbucks Coffee Shop.  During the

1   ensuing meeting, undercover TFO Gross and GURROLA-MIRANDA discussed future narcotics

2   transactions and TFO Gross asked GURROLA-MIRANDA if his associate could supply ten to

3   fifteen pounds of methamphetamine at a time.  GURROLA-MIRANDA replied affirmatively and

4   stated that he (GURROLA-MIRANDA) would have to talk to his methamphetamine source of

5   supply in Arizona.

6   15.      At approximately 3:30 p.m., investigators observed the meeting between undercover TFO

7   Gross, CS, and GURROLA-MIRANDA end.  Investigators then observed GURROLA-MIRANDA

8   depart the area of the Starbucks Coffee Shop in the green 1999 Honda Passport while a few minutes

9   later TFO Gross and CS departed the Starbucks area in the undercover vehicle.

10  16.      On February 11, 2014, TFO Gross spoke telephonically with GURROLA-MIRANDA.

11  During this conversation, TFO Gross made arrangements with GURROLA-MIRANDA to meet

12  with undercover TFO Gross at the Starbucks Coffee Shop located at 591 North Eastern Avenue, Las

13  Vegas, Nevada.  The purpose of this meeting was for GURROLA-MIRANDA to introduce his

14  methamphetamine source of supply to TFO Gross to discuss future narcotics transactions.

15  17.      On February 11, 2014, investigators formulated plans at the DEA Las Vegas District Office

16  to conduct an undercover meeting for TFO Gross to negotiate with GURROLA-MIRANDA and his

17  source of supply for the purchase of a one pound sample of methamphetamine.

18  18.      At approximately 10:40 a.m., investigators of the Clark County Gang Task Force established

19  surveillance in the vicinity of the Starbucks Coffee Shop located at 591 North Eastern Avenue, Las

20  Vegas, Las Vegas, Nevada.

21  19.      At approximately 10:49 a.m., investigators observed undercover TFO Gross arrive in an

22  undercover vehicle in the above-located Starbucks parking lot.  Undercover TFO Gross was

23  equipped with a digital transmitting and recording device, which was monitored by investigators

24  assigned to the Clark County Gang Task Force.

20.     At approximately 10:50 a.m., investigators observed TFO Gross enter the Starbucks Coffee Shop and meet and converse with GURROLA-MIRANDA and another subject, subsequently identified as Jose GARCIA-BARRERA.

21.     At approximately 10:55 a.m., investigators observed TFO Gross exit the Starbucks Coffee Shop accompanied by GURROLA-MIRANDA and GARCIA-BARRERA.  Investigators observed TFO Gross, GURROLA-MIRANDA, and GARCIA-BARRERA seat themselves on the outdoor patio of the Starbucks Coffee Shop and converse.  During the undercover meeting, undercover TFO Gross asked GARCIA-BARRERA if GURROLA-MIRANDA had talked with him about conducting narcotics business, to which GARCIA-BARRERA replied affirmatively.  GARCIA-BARRERA told TFO Gross that his price for methamphetamine was $6,500.00 per pound for one to five pounds of methamphetamine, $6,000 per pound for five to ten pounds of methamphetamine, and $5,500.00 per pound for ten pounds or more of methamphetamine.  TFO Gross told GARCIA-BARRERA that was a reasonable price and that TFO Gross would like to purchase one pound of methamphetamine.  GARCIA-BARRERA told TFO Gross that he (GARCIA-BARRERA) could come back in a few days to deliver one pound of methamphetamine to TFO Gross.

22.     At approximately 11:25 a.m., investigators observed the meeting between undercover TFO Gross, GURROLA-MIRANDA, and GARCIA-BARRERA end.  Investigators then observed GURROLA-MIRANDA and GARCIA-BARRERA walking westbound through the adjoining Cardenas Supermarket parking lot while TFO Gross walked back to and entered the undercover vehicle and departed the area of the Starbucks Coffee Shop.

23.     At approximately 11:30 a.m., investigators observed GURROLA-MIRANDA and GARCIA-BARRERA meet and converse with a subject identified as Jose Blas GARCIA-ANGULO in front of the Radio Shack store located at 2342 East Bonanza Road, Las Vegas, Nevada adjoining the Cardenas Supermarket lot.

24.     At approximately 11:35 a.m., investigators observed GURROLA-MIRANDA end his meeting with GARCIA-BARRERA and GARCIA-ANGULO and depart the area in a blue two-tone 1984 Volkswagen van with Nevada license plates 189LLK.  Investigators then observed GARCIA-BARRERA and GARCIA-ANGULO enter the Radio Shack store.

25.     At approximately 11:48 a.m., investigators observed GARCIA-BARRERA and GARCIA-ANGULO exit the above-located Radio Shack store and walk over to and enter a light tan 2001 Nissan Altima with Arizona license plates ABS7042 registered to Marisol Garcia, 2836 Harrod Avenue, Kingman, Arizona.  Investigators then observed the light tan 2001 Nissan Altima depart the area with GARCIA-ANGULO as the driver and GARCIA-BARRERA as the front seat passenger.

26.     On February 13, 2014, after a series of telephone conversations between undercover TFO Gross and GARCIA-BARRERA, investigators formulated plans for undercover TFO Gross to conduct a controlled buy of one pound of methamphetamine from GARCIA-BARRERA and associates for $6,500.00 at the Starbucks Coffee Shop parking lot located at 591 North Eastern Avenue, Las Vegas, Nevada.

27.     At approximately 4:40 p.m., investigators of the Clark County Gang Task Force established surveillance in the vicinity of the Starbucks Coffee Shop parking lot located at 591 North Eastern Avenue, Las Vegas, Nevada.

28.     At approximately 4:45 p.m., investigators observed undercover TFO Gross arrive unaccompanied in an undercover vehicle in the Payless Shoe Source parking lot at 581 North Eastern Avenue, which adjoins the Starbucks Coffee Shop lot.  Undercover TFO Gross was equipped with a digital transmitting and recording device, which was monitored by investigators assigned to the Clark County Gang Task Force.

. . .

29.     At approximately 5:20 p.m., investigators observed the light tan 2001 Nissan Altima with Arizona license plates ABS7042 arrive in the vicinity of the above-located Payless Shoe Source parking lot and travel through the adjoining Cardenas Supermarket parking lot at 2400 East Bonanza Road as if attempting to locate police surveillance.

30.     At approximately 5:21 p.m., investigators observed the tan 2001 Nissan Altima park in the Cardenas Supermarket parking lot with GARCIA-ANGULO as the driver and GARCIA-BARRERA as the front seat passenger.  Investigators observed GARCIA-ANGULO and GARCIA-BARRERA converse while exiting the tan 2001 Nissan Altima.  Investigators observed that GARCIA-BARRERA was carrying a light-colored plastic shopping while exiting the Nissan Altima.

31.     At approximately 5:22 p.m., investigators observed GARCIA-BARRERA and GARCIA-ANGULO together raise the trunk lid of the tan 2001 Nissan Altima while conversing. Investigators observed both GARCIA-BARRERA and GARCIA-ANGULO reach inside the trunk area of the Nissan Altima and move objects inside of the trunk.  Investigators then observed GARCIA-BARRERA walk from the rear of the tan 2001 Nissan Altima and walk east towards undercover TFO Gross' undercover vehicle while carrying in his hand the light-colored plastic shopping bag.  At the same time, investigators observed GARCIA-ANGULO walking through the Cardenas Supermarket lot attempting to locate police surveillance while also observing the ensuing narcotics transaction between TFO Gross and GARCIA-BARRERA.

32.     At approximately 5:23 p.m., investigators observed GARCIA-BARRERA enter TFO Gross' undercover vehicle and seat himself in the front passenger seat.  TFO Gross asked GARCIA-BARRERA if he had the methamphetamine and GARCIA-BARRERA replied affirmatively and handed TFO Gross the light-colored plastic bag and stated, "Here it is."  TFO Gross opened the plastic bag and observed a clear plastic Ziploc bag containing a clear crystalline substance, which

1   based upon his training and experience was methamphetamine. TFO Gross then handed GARCIA-

2   BARRERA $6,500.00 U.S. currency and told GARCIA-BARRERA to count the money.

3   GARCIA-BARRERA told TFO Gross, "I trust you, I will count it later." TFO Gross then discussed

4   future narcotics transactions for five to ten pounds of methamphetamine. TFO Gross told

5   GARCIA-BARRERA that he (TFO Gross) would call GARCIA-BARRERA later to talk more

6   about the details. At about the same time, investigators observed GARCIA-ANGULO walk

7   westbound through the Cardenas Supermarket lot en route to the Radio Shack store located at 2342

8   West Bonanza Road.

9   33.    At approximately 5:26 p.m., investigators observed GARCIA-BARRERA exit the

10   undercover vehicle and walk over to and enter the tan 2001 Nissan Altima.

11   34.    At approximately 5:30 p.m., investigators observed GARCIA-BARRERA exit the tan 2001

12   Nissan Altima and walk over to and enter the above-located Radio Shack store. Moments later,

13   investigators observed GARCIA-BARRERA meeting with GARCIA-ANGULO inside the Radio

14   Shack store.

15   35.    At approximately 5:36 p.m., investigators observed GARCIA-BARRERA exit the Radio

16   Shack store and walk over to and enter the tan 2001 Nissan Altima. Investigators then observed

17   GARCIA-BARRERA drive the tan 2001 Nissan Altima in the Cardenas Supermarket lot and then

18   park the Nissan Altima and enter the Cardenas Supermarket.

19   36.    At approximately 5:50 p.m., investigators observed the tan 2001 Nissan Altima occupied by

20   driver GARCIA-ANGULO and front seat passenger GARCIA-BARRERA depart the Cardenas

21   parking lot and travel north on Eastern Avenue.

22   37.    At approximately 5:55 p.m., investigators observed the tan 2001 Nissan Altima at the

23   O'Reilly Auto Parts store at 1225 North Eastern Avenue, Las Vegas, Nevada. At this location,

24   . . .

1  investigators observed GARCIA-BARRERA and GARCIA-ANGULO replacing a headlight on the

2  tan 2001 Nissan Altima.

3  38.     At approximately 6:30 p.m., investigators observed the tan 2001 Nissan Altima occupied by

4  driver GARCIA-ANGULO and front seat passenger GARCIA-BARRERA depart the O'Reilly

5  parking lot and travel south on Eastern Avenue and enter U.S. Highway 93 South.  Investigators

6  surveilled the tan 2001 Nissan Altima until it traveled south on U.S. Highway 93 towards Boulder

7  City past the Needles Highway exit.

8  39.     According to TFO Gross, he had purchased approximately 499 grams gross weight of a clear

9  crystalline substance that was purported to be methamphetamine from GARCIA-BARRERA in

10  exchange for $6,500.00 during the above-described undercover meeting.  The suspected

11  methamphetamine was contained within a clear plastic Ziploc bag wrapped inside Cardenas food

12  wrap.

13  40.     At the DEA Las Vegas District Office, TFO Gross conducted a presumptive field test on a

14  sample which was taken from the suspected methamphetamine that had been purchased from the

15  GARCIA-BARRERA at the Payless Shoe Source parking lot on February 13, 2014.  The sample

16  tested positive for the presence of methamphetamine, as witnessed by SA Gutbub.

17  41.     On April 1, 2014, after a series of telephone conversations between undercover TFO Gross

18  and GARCIA-BARRERA regarding a ten pound methamphetamine transaction, investigators

19  formulated plans for undercover TFO Gross to accept the delivery of ten pounds of

20  methamphetamine from GARCIA-BARRERA for $5,750.00 per pound at the Payless Shoe Source

21  parking lot at 581 North Eastern Avenue, Las Vegas, Nevada and subsequently arrest GARCIA-

22  BARREDRA and any others subjects involved for federal narcotics violations.

23  . . .

24  . . .

42.     On April 1, 2014, at approximately 4:25 p.m., investigators of the Clark County Gang Task Force established surveillance in the vicinity of the Payless Shoe Source parking lot located at 581 North Eastern Avenue, Las Vegas, Nevada.

43.     At approximately 4:53 p.m., investigators observed a tan 2001 Nissan Altima with Arizona license plates BS7042 in the Cardenas Supermarket parking lot located at 2400 East Bonanza Road, Las Vegas, Nevada which adjoins the above-located Payless Shoe Source parking lot.  Moments later, investigators observed the Nissan Altima park in the Cardenas parking lot and three subjects exit the Nissan Altima.  These subjects were subsequently identified as GARCIA-BARRERA, GARCIA-GAMBOA, and ALVARADO.  Investigators conducted surveillance on GARCIA-BARRERA, GARCIA-GAMBOA, and ALVARADO as these subjects conversed in the area of the Cardenas Supermarket and then entered the Cardenas Supermarket together.

44.     At approximately 5:20 p.m., investigators observed undercover TFO Gross arrive in an undercover vehicle and park in the above-located Payless Shoe Source parking lot.  Undercover TFO Gross was equipped with a digital transmitting and recording device, which was monitored by investigators assigned to the Clark County Gang Task Force.  Moments later, TFO Gross conversed telephonically with GARCIA-BARRERA and informed him (GARCIA-BARRERA) that TFO Gross was parked at the same place as last time (near the Payless Shoe Source).

45.     At approximately 5:27 p.m., investigators observed GARCIA-BARRERA, GARCIA-GAMBOA, and ALVARADO exit the Cardenas Supermarket with GARCIA-BARRERA walking east towards TFO Gross' undercover vehicle while GARCIA-GAMBOA and ALVARADO walked northwest through the Cardenas parking lot.

46.     At approximately 5:28 p.m., investigators observed GARCIA-BARRERA arrive at and seat himself inside TFO Gross' undercover vehicle.  Inside the undercover vehicle, GARCIA-BARRERA told TFO Gross that he (GARCIA-BARRERA) was waiting for his source of supply to

1  arrive with the ten pounds of methamphetamine to sell to TFO Gross. GARCIA-BARRERA

2  informed TFO Gross that he (GARCIA-BARRERA) would go back to his vehicle, call his source of

3  supply to find out when the ten pounds would be delivered, and then call TFO Gross and let him

4  know. TFO Gross replied affirmatively.

5  47.     At approximately 5:35 p.m., investigators observed GARCIA-BARRERA exit the

6  undercover vehicle and walk west through the Cardenas Supermarket parking lot and meet with

7  GARCIA-GAMBOA and ALVARADO in the northwest area of the Cardenas parking lot.

8  Investigators then observed GARCIA-BARRERA, GARCIA-GAMBOA, and ALVARADO enter

9  the Nissan Altima and depart the Cardenas parking lot while undercover TFO Gross remained

10  inside the undercover vehicle parked at the Payless Shoe Source lot. Investigators conducted

11  surveillance on the tan 2001 Nissan Altima as it traveled in the neighboring vicinity of the

12  intersection of Bonanza Road and Eastern Avenue.

13  48.     At approximately 6:10 p.m., investigators observed GARCIA-BARRERA exit the Nissan

14  Altima in the vicinity of the Smart & Final Store located at 2305 East Bonanza Road, Las Vegas,

15  Nevada and enter a green 1997 Nissan Maxima with California license plates 6VDV944.

16  Investigators observed the driver of the green Nissan Maxima, subsequently identified as

17  GUZMAN-RAMOS, reach into the back seat of the green Nissan Maxima and retrieve a large pink

18  shopping bag with an image of Barbie on the outside. Investigators then observed GARCIA-

19  BARRERA exit the green Nissan Maxima holding the large pink bag and enter the tan 2001 Nissan

20  Altima. Moments later, TFO Gross received a telephone call from GARCIA-BARRERA who

21  informed TFO Gross that he (GARCIA-BARRERA) was ready to conduct the narcotics transaction.

22  Investigators observed the tan Nissan Altima travel towards the Payless Shoe Source lot where TFO

23  Gross was still parked in the undercover vehicle.

24  . . .

49.     At approximately 6:15 p.m., investigators observed the tan Nissan Altima driven by

GARCIA-GAMBOA and occupied by front seat passenger ALVARADO and rear seat passenger

GARCIA-BARRERA arrive in the Payless Shoe Source parking lot. Investigators then observed

GARCIA-BARRERA exit the Nissan Altima holding the large pink shopping bag with the Barbie

image and place the pink shopping bag in the back seat of TFO Gross' undercover vehicle.

Investigators then observed GARCIA-BARRERA seat himself in the front passenger seat of the

undercover vehicle.  GARCIA-BARRERA informed TFO Gross that the methamphetamine was

inside the pink shopping bag.  TFO Gross looked inside the large pink shopping bag, and

subsequently unwrapped and opened a box contained therein.  Upon opening up the box, TFO

Gross observed four plastic wrapped packages which, based upon his training and experience, TFO

Gross recognized as containing methamphetamine.  TFO Gross then gave the pre-arranged arrest

signal.  At this time, investigators arrested GARCIA-BARRERA, GARCIA-GAMBOA, and

ALVARADO for federal narcotics violations in the Payless Shoe Source parking lot and seized the

large pink shopping bag containing four plastic wrapped packages containing the crystalline

substance.  Investigators also located and seized cloth gun case containing one Browning 9 mm

semi-automatic handgun and a magazine with two rounds of ammunition from underneath the front

driver's seat of the tan Nissan Altima.  GARCIA-BARRERA, GARCIA-GAMBOA, and

ALVARADO were transported to the DEA Las Vegas District Office for processing.

50.     At approximately 6:20 p.m., investigators arrested GUZMAN-RAMOS for federal narcotics

violations in the above-located Smart & Final parking lot.  GUZMAN-RAMOS was transported to

the DEA Las Vegas District Office for processing.

51.     At the DEA Las Vegas District Office, TFO Anton Gross conducted a presumptive field test

on a sample which was taken from the approximately 4,930 grams gross weight of suspected

methamphetamine that had been seized from GARCIA-BARRERA, GARCIA-GAMBOA,

1   ALVARADO, and GUZMAN-RAMOS at the Payless Shoe Source parking lot on April 1, 2014.

2   The sample subsequently tested positive for the presence of methamphetamine, as witnessed by

3   TFO Sgt. Thomas Bateson.

4   52.     A records check on Jose GARCIA-BARRERA revealed an arrest on July 3, 2005 in

5   Nogales, Arizona for immigration violations and on April 30, 2010 in Blythe, California for

6   immigration violations.

7   53.     A records check on Arturo GARCIA-GAMBOA revealed an arrest on October 16, 2004 in

8   San Diego, California for driving under the influence of alcohol/drugs.

9   54.     A records check on Miguel Angel ALVARADO revealed an arrest on July 4, 2012 in

10  Kingman, Arizona for driving under the influence of alcohol/drugs.

11  55.     A records check on Jesus Hector GUZMAN-RAMOS revealed no previous arrest record.

12  56.     A records check of the Browning 9 mm semi-automatic handgun seized from underneath the

13  driver's seat of the tan 2001 Nissan Altima revealed no record for being stolen.

14

15

16

17

18  _____
    John A. Gutbub, Special Agent
    Drug Enforcement Administration

19

20          SUBSCRIBED and SWORN to before me this 3rd day of April, 2014.

21

22  _____
    HONORABLE CARL W. HOFFMAN
23  UNITED STATES MAGISTRATE JUDGE

24