FILED

APR 16 2014

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY _____ DEPUTY

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ROBERT A. KNIEF
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada 89101
5  702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| Plaintiff, | Case No.: 2:14-cr-141 |
| vs. | VIOLATIONS: |
| JOSE GARCIA-BARRERA, aka<br>JESUS RUIZ-GAMBOA,<br><br>MANUEL GURROLA-MIRANDA,<br><br>ARTURO GARCIA-GAMBOA,<br><br>MIGUEL ANGEL ALVARADO,<br><br>JESUS HECTOR GUZMAN-RAMOS, and<br><br>JOSE BLAS GARCIA-ANGULO,<br><br>Defendants. | **Count One**<br>21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(C), and 21 U.S.C. § 846<br>Conspiracy to Distribute Controlled Substances<br><br>**Count Two**<br>21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(C),<br>Distribution of a Controlled Substance<br><br>**Count Three**<br>21 U.S.C. § 841(a)(1), (b)(1)(A), and (b)(1)(C),<br>Possession with Intent to Distribute Controlled Substances |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
(Conspiracy to Distribute Controlled Substances)

On a date unknown but prior to February 11, 2014, and continuing thereafter until April 1, 2014, in the State and Federal District of Nevada and elsewhere,

**JOSE GARCIA-BARRERA, aka
JESUS RUIZ-GAMBOA,
MANUEL GURROLA-MIRANDA,**

**ARTURO GARCIA-GAMBOA,**
**MIGUEL ANGEL ALVARADO,**
**JESUS HECTOR GUZMAN-RAMOS, and**
**JOSE BLAS GARCIA-ANGULO,**

defendants herein, and others, both known and unknown to the grand jury, did knowingly and intentionally combine, conspire, and agree to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Distribution of a Controlled Substance)

On or about February 13, 2014, in the State and Federal District of Nevada,

**JOSE GARCIA-BARRERA AND**
**JOSE BLAS GARCIA-ANGULO,**

defendants herein, did knowingly distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT 3
(Possession with Intent to Distribute a Controlled Substance)

On or about April 1, 2014, in the State and Federal District of Nevada,

**JOSE GARCIA-BARRERA,**
**ARTURO GARCIA-GAMBOA,**
**MIGUEL ANGEL ALVARADO, AND**
**JESUS HECTOR GUZMAN-RAMOS,**

defendants herein, did knowingly possess with the intent to distribute 500 grams or more of a mixture and a substance containing a detectable amount methamphetamine, a Schedule II

controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

A TRUE BILL:

This 16th day of April, 2014.

/s/
_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

_____
ROBERT KNIEF
Assistant United States Attorney

3