AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:14-cr-00141-GMN-CWH |
| | ) | |
| JOSE BLAS GARCIA-ANGULO | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | 4/20/2015 at 11:30 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 16, 2015

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge

*Printed name and title*